IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CASE NO.: 1:10-cv-00181-SPM-GRJ

| | |
|---|---|
| SILVIO L. CORONADO, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| ADVANCED TURBINE SUPPORT, INC., | ) |
| RODNEY SHIDLER and RICHARD | ) |
| GINDER, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SCHEDULING ORDER**

Plaintiff, SILVIO L. CORONADO (hereinafter "Plaintiff"), by and through the undersigned counsel, responds to Defendants' Motion for Scheduling Order as follows:

1. On August 5, 2010, Plaintiff commenced this action, Case No. 10-CA-4354, by filing a Complaint for unpaid wages and for violations of the Fair Labor Standards Act, 29 U.S.C. § 201, in the Circuit Court, Eighth Judicial Circuit, in and for Alachua County, Florida.

2. Plaintiff served discovery on the Defendants with the complaint.

3. Rather than responding to Plaintiff's discovery to facilitate early resolution of this matter, on or about September 9, 2010, Defendants removed this action to this Court.

4. On September 28, 2010, Defendants filed the Motion for Scheduling Order requesting, inter alia, that the Court stay discovery and that the Court enter an order requiring Plaintiff to "answer the Court's Interrogatories under oath identifying the hours of work, rate of pay and wages paid, including overtime pay under oath".

5. Defendants' actions, including the removal of the case to this Court and the filing of a motion to stay discovery, serve to delay resolution of this action and are inconsistent with the just, speedy and economical administration of justice.

6. Accordingly, Plaintiff opposes Defendants' motion insofar as Defendant is attempting to have this Court require Plaintiff to respond to the Court's interrogatories without Defendants' times sheets (many of which Plaintiff has) evidencing the hours worked by Plaintiff.

7. Moreover, to properly determine the hours worked by Plaintiff and amounts to Plaintiff, Plaintiff requires responses to the discovery propounded on Defendants over two months ago.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Jose Antonio Llerena
Jose Antonio LLerena, Esq.
FL Bar No. 0027243

## SERVICE LIST

PAUL A. DONNELLY, Esq.
Florida Bar No. 813613
pdonnelly@laborattorneys.org
JUNG YOON, Esq.
Florida Bar No. 599611
jyoon@laborattorneys.org
DONNELLY & GROSS, P.A.
2421 NW 41st Street, Suite A-1
Gainesville, FL 32606
Telephone: (352) 374-4001
Facsimile: (352) 374-4046
Counsel for Defendants