IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SILVIO L CORONADO,

     Plaintiff,

v.                              CASE NO. 1:10-cv-00181-SPM -GRJ

ADVANCED TURBINE SUPPORT, INC.,
RICHARD GINDER, and
RODNEY SHIDLER,

     Defendants.

_____/

## O R D E R

On October 26, 2010, the Court held a telephonic hearing to address

Defendants' Motion For Scheduling Order  (Doc. 9) and Plaintiff's Response. (Doc. 12.)

Defendants request the Court to enter a scheduling order tailored to meet the

circumstances of this FLSA case the purpose of which is to direct the early exchange of

information so that the parties will be able to engage in discussions to resolve the case

early-on before expensive and time consuming discovery is conducted. While the

Plaintiff advised that he does not consent to the procedure requested by Defendants,

Plaintiff agrees that early disclosure of time sheets and payroll records may facilitate

early resolution of the case.

The Court agrees that the proposed scheduling order suggested by Defendants

is consistent with the just, speedy, and inexpensive administration of justice.

Accordingly, for the reasons stated on the record at the hearing, which are fully

incorporated into this Order, Defendants' Motion For Scheduling Order (Doc. 9) is due

to be **GRANTED.**  By separate Order this Court will enter a scheduling order

substantially similar in form and substance to Defendants' proposed scheduling order.

Further, because the proposed scheduling order contemplates the exchange of information after which the parties will meet and confer to resolve the case, the parties will not be engaging in formal discovery nor filing the required joint case management report, as required in the Initial Scheduling Order entered by the Court on September 20, 2010. (Doc. 8.) Accordingly, the provisions of the initial scheduling order (Doc. 8) shall be **STAYED** until the parties have exhausted all settlement efforts and then filed the joint case management report. The Court will then enter a further scheduling order addressing the deadlines, including trial, for the further progress of this case.

Accordingly, it is **ORDERED** that:

(1)    Defendants' Motion For Scheduling Order (Doc. 9) is **GRANTED**.

(2)    The requirements of the Initial Scheduling Order dated September 20, 2010 (Doc. 8) are **STAYED** pending further Order of this Court.

**DONE AND ORDERED** this 26th day of October, 2010.

*s/ Gary R. Jones*

GARY R. JONES
United States Magistrate Judge