IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SILVIO L. CORONADO,

    Plaintiff,

v.                                                 CASE NO. 1:10-cv-00181-SPM -GRJ

ADVANCED TURBINE SUPPORT, INC.,
RICHARD GINDER, and
RODNEY SHIDLER,

    Defendants.
_____/

## O R D E R

Pending before the Court is Defendants' Motion For Extension Of Time To Serve Verified Summary And Records. (Doc. 18.) Defendants request a seven day extension of time until December 1, 2010 to serve Defendants' verified summary and records as required by the Court's October 26, 2010 Order. Pursuant to Local Rule 7.1(B) Defendants represent that Plaintiff's counsel has been contacted and does not object to the requested extension.

Upon due consideration, Defendants' Motion For Extension Of Time To Serve Verified Summary And Records (Doc. 18) is **GRANTED**. Defendants shall serve a verified summary and its records by **December 1, 2010.**

**IT IS SO ORDERED**.

**DONE AND ORDERED** this 24th day of November, 2010.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge